**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1308**

---

MOHAMED MOCTAR HIMA,

        Plaintiff - Appellant,

    v.

MARCIE GUNNEL, Supervisor,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Lydia Kay Griggsby, District Judge. (1:21-cv-01251-LKG)

---

Submitted: July 20, 2023                    Decided: July 25, 2023

---

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Mohamed Moctar Hima, Appellant Pro Se. Charles Joseph Kresslein, JACKSON LEWIS PC, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohamed Moctar Hima appeals the district court's order granting Defendant Marci Gunnel's motion to dismiss Hima's claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and denying Hima's motion to amend his previously amended complaint. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Hima v. Gunnel*, No. 1:21-cv-01251-LKG (D. Md. Mar. 16, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*